# EXHIBIT 2

**\*\*AMENDED\*\***
## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES - GENERAL

cc: ADR Program

| Case No.: | CV 11-5935-PSG (AGRx) | Date: | November 8, 2011 |
|---|---|---|---|
| Title: | SAMANTHA ELLISON -VS- STEVEN MADDEN, LTD. | | |

| Present: The Honorable: | Philip S. Gutierrez, United States District Judge | |
|---|---|---|
| Wendy K. Hernandez | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

Proceedings (In Chambers):   **VACATING SCHEDULING CONFERENCE**

PLEASE TAKE NOTICE that the Scheduling Conference set for hearing on **November 14, 2011** is hereby **vacated and taken off calendar**. On the Court's own motion, the following dates are hereby set. Counsel are directed to review the Court's trial order for further details.

| | |
|---|---|
| Last Day to Add Parties & Amend Pleadings (Doe defendants are dismissed as of cut-off to add parties) | 12-14-11 |
| Discovery Cut-Off: | 08-07-12 |
| Last Day to File Motion: | 08-21-12 |
| Opening Expert Witness Disclosure [See F.R.Civ.P. 26(a)(2)] | 08-14-12 |
| Rebuttal Expert Witness Disclosure: | 09-11-12 |
| Expert Discovery Cut-Off: | 10-02-12 |
| Final Pretrial Conference (2:30 p.m.): | 10-29-12 |
| Jury Trial (9:00 a.m.): | 11-13-12 |
| Estimated Length: | 5 days |

Furthermore, the deadline to file a class certification motion is extended to February 21, 2012.

Initials of Preparer     wkh