IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In re:  LAW OFFICE OF JONATHAN            )
       E. FORTMAN, LLC,                              ) Case No.:  4:13-mc-00042-AGF
                                                            )
       Movant.                                                 )

### NOTICE OF ATTEMPT TO RESOLVE

Comes now Movant, by and through counsel, and hereby informs the Court that on January 25, 2013, at 11:00 a.m., Movant participated in a telephone conference with Jay Edelson and Ryan Andrews, Class Counsel, in a good-faith attempt to resolve the issues contained in Movant's Motion to Quash.

                              Respectfully submitted,

                              LAW OFFICE OF JONATHAN E. FORTMAN, LLC

                By    ___/S/ Jonathan E. Fortman_____
                            Jonathan E. Fortman #40319MO
                            Attorney for Movant
                            10 Strecker Road, Suite 1150
                            Ellisville, MO  63011
                            (314) 522-2312
                            (314) 524-1519 Fax
                            jef@fortmanlaw.com

### CERTIFICATE OF SERVICE

A true and accurate copy has been served upon all parties via the Court's electronic filing system this 25th day of January, 2013.

                                      _____/S/ Jonathan E. Fortman_____